| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Emery B Gurbal** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–2692 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Brittany R Gurbal** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–1599 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 11/29/18 |
| Case number: | 18–70827–JAD | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                 12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Emery B Gurbal | Brittany R Gurbal |
| 2. | **All other names used in the last 8 years** | | fka Brittany R Kyler |
| 3. | **Address** | 612 Fletcher Road <br> Clearfield, PA 16830 | 612 Fletcher Road <br> Clearfield, PA 16830 |
| 4. | **Debtor's attorney** <br> Name and address | Kenneth P. Seitz <br> Law Offices of Kenny P. Seitz <br> P.O. Box 211 <br> Ligonier, PA 15658 | Contact phone 814–536–7470 <br><br> Email: thedebterasers@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br><br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 12/3/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 18, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/19/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/7/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/28/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/18/19** at **02:00 PM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-70827-JAD
Emery B Gurbal                                                              Chapter 13
Brittany R Gurbal
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut              Page 1 of 2            Date Rcvd: Dec 03, 2018
                              Form ID: 309I           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2018.
db/jdb         +Emery B Gurbal,    Brittany R Gurbal,    612 Fletcher Road,    Clearfield, PA 16830-3421
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14956548       +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
14956551       +CBCS,   P.O. Box 2724,    Columbus, OH 43216-2724
14956552       +Cbna,   1800 Tapo Canyon Road,    Mail Stop #SV-103,    Simi Valley, CA 93063-6712
14956558       +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3265
14956560       +Joshua McNamara, Esquire,    Hayt, Hayt & Landau, LLC,    Two Industrial Way West,
                 Eatontown, NJ 07724-2279
14956566      #+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
14956567       +Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
14956576       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: thedebterasers@aol.com Dec 04 2018 03:34:43       Kenneth P. Seitz,
                 Law Offices of Kenny P. Seitz,    P.O. Box 211,    Ligonier, PA   15658
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 04 2018 03:35:15        Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 04 2018 03:35:29
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14956546       +EDI: AMEREXPR.COM Dec 04 2018 08:18:00      American Express,    P.O. Box 981537,
                 El Paso, TX 79998-1537
14956547       +EDI: TSYS2.COM Dec 04 2018 08:18:00      Barclays Bank,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
14956549        EDI: CAPITALONE.COM Dec 04 2018 08:18:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
14956550       +EDI: CAPITALONE.COM Dec 04 2018 08:18:00      Capital One Bank, N.A.,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
14956553       +EDI: CHASE.COM Dec 04 2018 08:18:00      Chase,   Cardmember Service,    P.O. Box 15123,
                 Wilmington, DE 19886-5123
14956554       +EDI: CITICORP.COM Dec 04 2018 08:18:00      Citi Cards,    P.O. Box 6500,
                 Sioux Falls, SD 57117-6500
14956555       +E-mail/Text: abovay@creditmanagementcompany.com Dec 04 2018 03:35:51        Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14956556       +EDI: DISCOVER.COM Dec 04 2018 08:18:00      Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
14956557       +EDI: AMINFOFP.COM Dec 04 2018 08:18:00      First Premier Bank,    Credit Card Department,
                 P.O. Box 5519,    Sioux Falls, SD 57117-5519
14956559       +EDI: IIC9.COM Dec 04 2018 08:19:00      I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
14956561       +EDI: CBSKOHLS.COM Dec 04 2018 08:18:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
14956562       +E-mail/Text: bk@lendingclub.com Dec 04 2018 03:35:53       Lending Club,
                 71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
14956563       +EDI: TSYS2.COM Dec 04 2018 08:18:00      Macy’s Visa,    P.O. Box 183083,
                 Columbus, OH 43218-3083
14956564       +EDI: MID8.COM Dec 04 2018 08:18:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
14956565       +E-mail/Text: Bankruptcies@nragroup.com Dec 04 2018 03:36:10        National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
14958784       +EDI: PRA.COM Dec 04 2018 08:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14956569       +E-mail/Text: bankruptcynotices@psecu.com Dec 04 2018 03:35:57        PSECU,   P.O. Box 67013,
                 Harrisburg, PA 17106-7013
14956568       +E-mail/Text: steve@priorityfirstfcu.org Dec 04 2018 03:34:51        Priorty First FCU,
                 364 Midway Drive,    Du Bois, PA 15801-3864
14956570       +E-mail/Text: bankruptcyteam@quickenloans.com Dec 04 2018 03:35:49        Quicken Loans, Inc.,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
14956571       +EDI: RMSC.COM Dec 04 2018 08:18:00      Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
14956572       +EDI: RMSC.COM Dec 04 2018 08:18:00      Synchrony Bank/Lowes,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
14956573       +EDI: RMSC.COM Dec 04 2018 08:18:00      Synchrony Bank/Sam’s Club,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14956574       +EDI: RMSC.COM Dec 04 2018 08:18:00      Synchrony Bank/Walmart,    P.O. Box 960024,
                 Orlando, FL 32896-0024
14956575       +EDI: WTRRNBANK.COM Dec 04 2018 08:18:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
14956577       +EDI: WFFC.COM Dec 04 2018 08:18:00      Wells Fargo Card Services,    MAC N8235-040,
                 7000 Vista Drive,    West Des Moines, IA 50266-9310
                                                                                              TOTAL: 28

```
District/off: 0315-7           User: mgut                  Page 2 of 2              Date Rcvd: Dec 03, 2018
                               Form ID: 309I               Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2018 at the address(es) listed below:
              Kenneth P. Seitz    on behalf of Joint Debtor Brittany R Gurbal thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Emery B Gurbal thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4