

February 13, 2019

U S Bankruptcy Court
Attn: Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Re: Emery B Gurbal
 PSECU Acct. No.XXXXXX7629-L5
 Case No. 18-70827

Dear Clerk:

Please withdraw Proof of Claim #29-1 filed on 01/23/2019 in the amount of $18,025.55.

If you have any questions, please contact me at (800) 237-7328, extension 3115.

Sincerely,

Sh'dyna Reed
Account Advisor
Collection Department
800.237.7328 Ext. 3115

P.O. BOX 67013, HARRISBURG, PA 17106-7013   800.237.7328 • PSECU.COM

THIS CREDIT UNION IS FEDERALLY INSURED BY THE NATIONAL CREDIT UNION ADMINISTRATION. EQUAL OPPORTUNITY LENDER.