**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-70827-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Emery B Gurbal<br>612 Fletcher Road<br>Clearfield PA 16830 | Brittany R Gurbal<br>612 Fletcher Road<br>Clearfield PA 16830 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/08/2019.

Name and Address of Alleged Transferor(s):

Claim No. 13: PHEAA, PO BOX 8147, HARRISBURG PA  17105

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/10/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Emery B Gurbal
Brittany R Gurbal
      Debtors

Case No. 18-70827-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7　　　　User: mgut　　　　　　　Page 1 of 1　　　　　　　Date Rcvd: Oct 08, 2019
　　　　　　　　　　　　　Form ID: trc　　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.
14983738　　　　+PHEAA,　 PO BOX 8147,　 HARRISBURG PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:
　　　　James　Warmbrodt　　on behalf of Creditor　　Quicken Loans Inc. bkgroup@kmllawgroup.com
　　　　Kenneth P. Seitz　　on behalf of Joint Debtor Brittany R Gurbal thedebterasers@aol.com
　　　　Kenneth P. Seitz　　on behalf of Debtor Emery B Gurbal thedebterasers@aol.com
　　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
　　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5