**DEFAULT O/E JAD**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Emery B. Gurbal<br>         Brittany R. Gurbal fka Brittany R Kyler<br>                              Debtor(s) | |
| Quicken Loans, LLC<br>                    Movant<br>          v.<br>Emery B. Gurbal<br>Brittany R. Gurbal fka Brittany R Kyler<br>                    Respondents<br>          and<br>Ronda J. Winnecour, Trustee<br>                    Additional Respondent | BK. NO. 18-70827 JAD<br><br>CHAPTER 13<br><br>Related to Docket #__37_____ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 22nd day of October, 2020, upon Motion of Quicken Loans, LLC, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 612 Fletcher Rd, Clearfield, PA 16830 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____ jsf
United States Bankruptcy Judge
Jeffery A. Deller

FILED
10/22/20 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Emery B. Gurbal
612 Fletcher Road
Clearfield, PA 16830

Brittany R. Gurbal fka Brittany R Kyler
612 Fletcher Road
Clearfield, PA 16830

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
thedebterasers@aol.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106