Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Emery B Gurbal
Brittany R Gurbal
fka Brittany R Kyler**
Debtor(s)

Bankruptcy Case No.: 18−70827−JAD
Issued per 10/15/20 proceeding
Chapter: 13
Docket No.: 44 − 35
Concil. Conf.: October 15, 2020 at 09:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 8/28/20 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1217 as of 11/20. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☑ B. The length of the Plan is increased to a total of 48 months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 15, 2020 at 09:00 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐ H. Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: October 28, 2020

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                             Case No. 18-70827-JAD

Emery B Gurbal                                        Chapter 13

Brittany R Gurbal

        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-7                              User: jfur                                           Page 1 of 3

Date Rcvd: Oct 28, 2020                     Form ID: 149                                  Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Emery B Gurbal, Brittany R Gurbal, 163 Tulip Lane, West Decatur, PA 16878-9625 |
| 14956546 | + | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14981842 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956547 | + | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14956548 | + | Bureau Of Account Mana, 3607 Rosemont Ave Ste 50, Camp Hill, PA 17011-6943 |
| 14956551 | + | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14978281 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956552 | + | Cbna, 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, CA 93063-6712 |
| 14988028 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14956554 | + | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14991016 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14956563 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's Visa, P.O. Box 183083, Columbus, OH 43218 |
| 15136143 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14956557 | + | First Premier Bank, Credit Card Department, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 14956558 | + | Holiday Financial Serv, 1800 Daisy Street Ext St, Clearfield, PA 16830-3265 |
| 14956559 | + | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14956560 | + | Joshua McNamara, Esquire, Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14983738 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14956567 | + | Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14956575 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14956576 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14982517 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14956577 | + | Wells Fargo Card Services, MAC N8235-040, 7000 Vista Drive, West Des Moines, IA 50266-9310 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14972571 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:08:34 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14956549 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:06:53 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14971214 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:07:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14956550 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:08:31 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14956555 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 29 2020 02:38:00 | Credit Management Co, 2121 Noblestown Rd, |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
|  |  |  | Pittsburgh, PA 15205-3956 |
| 14991397 | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2020 02:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14985134 | Email/Text: G06041@att.com | Oct 29 2020 02:38:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14956556 + | Email/Text: mrdiscen@discover.com | Oct 29 2020 02:37:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14960869 | Email/Text: mrdiscen@discover.com | Oct 29 2020 02:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14956553 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 29 2020 01:07:53 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14956561 + | Email/Text: PBNCNotifications@peritusservices.com | Oct 29 2020 02:37:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14988222 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2020 02:06:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14956562 + | Email/Text: bk@lendingclub.com | Oct 29 2020 02:39:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14978316 + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2020 02:38:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14956564 + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2020 02:38:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14956565 + | Email/Text: Bankruptcies@nragroup.com | Oct 29 2020 02:39:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14986834 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:07:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958784 + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:08:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14956569 + | Email/Text: bankruptcynotices@psecu.com | Oct 29 2020 02:39:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14956568 + | Email/Text: steve@priorityfirstfcu.org | Oct 29 2020 02:37:00 | Priority First Federal Credit Union, 364 Midway Drive, DuBois, PA 15801-3864 |
| 14968541 + | Email/Text: bankruptcyteam@quickenloans.com | Oct 29 2020 02:38:00 | Quicken Loans Inc., 635 Woodard Avenue, Detroit, MI 48226-3408 |
| 14956570 + | Email/Text: bankruptcyteam@quickenloans.com | Oct 29 2020 02:38:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 14956571 + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:07:52 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14956572 + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:04:16 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14956573 + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:04:16 | Synchrony Bank/Sam's Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14956574 + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:07:52 | Synchrony Bank/Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |
| 14991086 + | Email/Text: bncmail@w-legal.com | Oct 29 2020 02:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans, LLC |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14988420 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14956566 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| jdb | *+ | Brittany R Gurbal, 163 Tulip Lane, West Decatur, PA 16878-9625 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020                  Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Brittany R Gurbal thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Emery B Gurbal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6