# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: ROBERT A SPEIGLE
Case Number: 19-70417-JAD     Chapter: 13
Date / Time / Room: THURSDAY, OCTOBER 15, 2020 09:00 AM   3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

### Matter:

#35 - Trustee's Certificate of Default to Dismiss H, Aff Fld?
#Response to Certificate @37
R / M #: 35 / 0

### Appearances:

Debtor: Seitz
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

FILED
10/28/20 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  12-17-20  at  10:00 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Continue for payments

10/7/2020  2:53:17PM

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                         Case No. 18-70827-JAD

Emery B Gurbal                                 Chapter 13

Brittany R Gurbal

       Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: jfur                           Page 1 of 3

Date Rcvd: Oct 28, 2020                     Form ID: pdf900                  Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Emery B Gurbal, Brittany R Gurbal, 163 Tulip Lane, West Decatur, PA 16878-9625 |
| 14956546 | + | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14981842 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956547 | + | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14956548 | + | Bureau Of Account Mana, 3607 Rosemont Ave Ste 50, Camp Hill, PA 17011-6943 |
| 14956551 | + | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14978281 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956552 | + | Cbna, 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, CA 93063-6712 |
| 14988028 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14956554 | + | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14991016 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14956563 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's Visa, P.O. Box 183083, Columbus, OH 43218 |
| 15136143 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14956557 | + | First Premier Bank, Credit Card Department, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 14956558 | + | Holiday Financial Serv, 1800 Daisy Street Ext St, Clearfield, PA 16830-3265 |
| 14956559 | + | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14956560 | + | Joshua McNamara, Esquire, Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14983738 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14956567 | + | Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14956575 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14956576 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14982517 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14956577 | + | Wells Fargo Card Services, MAC N8235-040, 7000 Vista Drive, West Des Moines, IA 50266-9310 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14972571 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:07:45 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14956549 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:08:31 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14971214 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:06:53 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14956550 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:06:53 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14956555 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 29 2020 02:38:00 | Credit Management Co, 2121 Noblestown Rd, |

Case 18-70827-JAD  Doc 49  Filed 10/30/20  Entered 10/31/20 00:39:06  Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| | | | Pittsburgh, PA 15205-3956 |
| 14991397 | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2020 02:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14985134 | Email/Text: G06041@att.com | Oct 29 2020 02:38:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14956556 | + Email/Text: mrdiscen@discover.com | Oct 29 2020 02:37:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14960869 | Email/Text: mrdiscen@discover.com | Oct 29 2020 02:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14956553 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 29 2020 01:06:09 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14956561 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 29 2020 02:37:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14988222 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2020 02:06:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14956562 | + Email/Text: bk@lendingclub.com | Oct 29 2020 02:39:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14978316 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2020 02:38:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14956564 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2020 02:38:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14956565 | + Email/Text: Bankruptcies@nragroup.com | Oct 29 2020 02:39:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14986834 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:08:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958784 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2020 02:08:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14956569 | + Email/Text: bankruptcynotices@psecu.com | Oct 29 2020 02:39:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14956568 | + Email/Text: steve@priorityfirstfcu.org | Oct 29 2020 02:37:00 | Priority First Federal Credit Union, 364 Midway Drive, DuBois, PA 15801-3864 |
| 14968541 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 29 2020 02:38:00 | Quicken Loans Inc., 635 Woodard Avenue, Detroit, MI 48226-3408 |
| 14956570 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 29 2020 02:38:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 14956571 | + Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:07:52 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14956572 | + Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:07:53 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14956573 | + Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:04:17 | Synchrony Bank/Sam's Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14956574 | + Email/PDF: gecsedi@recoverycorp.com | Oct 29 2020 01:07:53 | Synchrony Bank/Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |
| 14991086 | + Email/Text: bncmail@w-legal.com | Oct 29 2020 02:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans, LLC |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14988420 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14956566 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| jdb | *+ | Brittany R Gurbal, 163 Tulip Lane, West Decatur, PA 16878-9625 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Brittany R Gurbal thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Emery B Gurbal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6