**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/24/2023

IN RE:

EMERY B GURBAL
BRITTANY R GURBAL
163 TULIP LANE
WEST DECATUR,  PA  16878
XXX-XX-2692          Debtor(s)

XXX-XX-1599

Case No.18-70827 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/24/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5658 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN LNS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 31<br>CLAIM: 0.00<br>COMMENT: $289/PL@LTCD*289.34X(59+2)=LMT*$0ARRS/PL*CL29 W/D -DOC 20 AND REPLACED | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2692 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 28-2<br>CLAIM: 0.00<br>COMMENT: $439/PL@LTCD*439.91X(59+2)=LMT*$0ARRS/PL*DK!~BGN 11/18*AMD | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2692 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 12,780.70<br>COMMENT: RS/OE*144304.40/CL*SURR/PL*BGN 12/18*DKT | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 1174 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 925.49<br>COMMENT: X8257/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 6,536.67<br>COMMENT: X6945/SCH*BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6240 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 553.30<br>COMMENT: X1645/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6310 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 395.83<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4973 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1498 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE\*\*** <br> 6125 LAKEVIEW RD STE 800 <br><br> CHARLOTTE, NC 28269 | Trustee Claim Number:11  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1498 |
| **CBCS** <br> PO BOX 2724 <br><br> COLUMBUS, OH 43216-2724 | Trustee Claim Number:12  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9582 |
| **CBNA** <br> POB 769006 <br><br> SAN ANTONIO, TX 78245 | Trustee Claim Number:13  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5544 |
| **CHASE BANK USA NA(\*)** <br> C/O JPMORGAN CHASE BANK <br> PO BOX 15368 <br><br> WILMINGTON, DE 19850 | Trustee Claim Number:14  INT %: 0.00% <br> Court Claim Number:23 <br><br> CLAIM: 3,039.35 <br> COMMENT: X3374/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4650 |
| **CHASE BANK USA NA(\*)** <br> C/O JPMORGAN CHASE BANK <br> PO BOX 15368 <br><br> WILMINGTON, DE 19850 | Trustee Claim Number:15  INT %: 0.00% <br> Court Claim Number:20 <br><br> CLAIM: 5,308.08 <br> COMMENT: X3374/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9725 |
| **CHASE BANK USA NA(\*)** <br> C/O JPMORGAN CHASE BANK <br> PO BOX 15368 <br><br> WILMINGTON, DE 19850 | Trustee Claim Number:16  INT %: 0.00% <br> Court Claim Number:26 <br><br> CLAIM: 4,797.25 <br> COMMENT: X3374/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7714 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:17  INT %: 0.00% <br> Court Claim Number:22 <br><br> CLAIM: 2,793.92 <br> COMMENT: X0640/SCH\*CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4983 |
| **CREDIT MANAGEMENT COMPANY** <br> FOSTER PLAZA BUILDING 7 <br> 661 ANDERSEN DR STE 110 <br><br> PITTSBURGH, PA 15220 | Trustee Claim Number:18  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: MT NITTANY MDCL/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2223 |
| **CREDIT MANAGEMENT COMPANY** <br> FOSTER PLAZA BUILDING 7 <br> 661 ANDERSEN DR STE 110 <br><br> PITTSBURGH, PA 15220 | Trustee Claim Number:19  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: MT NITTANY PHYSCNS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6053 |
| **CREDIT MANAGEMENT COMPANY** <br> FOSTER PLAZA BUILDING 7 <br> 661 ANDERSEN DR STE 110 <br><br> PITTSBURGH, PA 15220 | Trustee Claim Number:20  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: MT NITTANY MDCL/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3236 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:1 | CLAIM:  6,599.50<br>COMMENT:  X3747/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8919 |
| **FIRST PREMIER BANK**<br>PO BOX 5519<br>SIOUX FALLS, SD  57117-5519 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5498 |
| **HOLIDAY FINANCIAL SERVICES**<br>POB 209<br>1800 DAISY ST EXT STE 350<br>CLEARFIELD, PA  16830 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0109 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:14 | CLAIM:  579.66<br>COMMENT:  X7726~DIRECTV/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5137 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:6 | CLAIM:  588.21<br>COMMENT:  KOHLS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5271 |
| **LENDING CLUB CORP***<br>3440 FLAIR DR<br>LOCKBOX SERVICES #0134268<br>EL MONTE, CA  91731 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5167 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:27 | CLAIM:  446.74<br>COMMENT:  X6977/SCH | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.:  0850 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:7 | CLAIM:  1,241.24<br>COMMENT:  X5042/SCH*CREDIT ONE/SHERMAN*JUDGMENT CLEARFIELD COUNTY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0174 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  COMENITY BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3437 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  COMENITY BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9020 |

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **NATIONAL RECOVERY AGENCY**<br>2491 PAXTON ST<br>HARRISBURG, PA 17111 | 31 | 0.00% |  | UNSECURED CREDITOR | 0161 | 0.00 | CENTER DGNSTCS/SCH |
| **PENN CREDIT CORP**<br>PO BOX 69703<br>HARRISBURG, PA 17106-9703 | 32 | 0.00% |  | UNSECURED CREDITOR | 2613 | 0.00 | CLEARFIELD HSPTL/SCH |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | 33 | 0.00% | 13 | UNSECURED CREDITOR | 1599 | 36.10 | X001/SCH*FR PHEAA-DOC 26 |
| **PRIORITY FIRST FCU(*)**<br>364 MIDWAY DR<br>DUBOIS, PA 15801-3864 | 34 | 0.00% | 3 | UNSECURED CREDITOR | 5384 | 11,599.74 | X2018~JDGMNT/SCH |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | 35 | 0.00% | 10 | UNSECURED CREDITOR | 2692 | 8,290.96 | X1080/SCH |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | 36 | 0.00% | 8 | UNSECURED CREDITOR | 1599 | 9,281.63 | ACCT NT/SCH*ACCT OPENED 7/07*INSUFF POD-EMAIL DONE |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 37 | 0.00% |  | UNSECURED CREDITOR | 2797 | 0.00 | NT ADR/SCH |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | 38 | 0.00% | 18 | UNSECURED CREDITOR | 7684 | 10,339.87 | X0444/SCH*LOWES/SYNCHRONY |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | 39 | 0.00% | 16 | UNSECURED CREDITOR | 6157 | 2,793.80 | 1950/SCH*SYNCHRONY*SAMS |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | 40 | 0.00% | 15 | UNSECURED CREDITOR | 5658 | 3,216.98 | X4185/SCH*WALMART |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 251.42<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8280 |
| **THE BUREAUS INC**<br>650 DUNDEE RD STE 370<br>NORTHBROOK, IL 60062-2757 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9372 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 0.00<br>COMMENT: SURR/CONF\*X5014/SCH\*NO SEC/SCH-PL\*6060.28/CL\*628000527 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0527 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 26,588.70<br>COMMENT: NT/SCH\*COPPER CANYON TRUST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2248 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 2,871.76<br>COMMENT: HOME DESIGN\*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1638 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 3,842.77<br>COMMENT: X1080/SCH\*/SCH F: DEBT INCURRED 2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2692 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 2,660.98<br>COMMENT: NT/SCH\*OPENED 4/13/07\*INSUFF POD~EMAIL DONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1599 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 5,249.82<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6013 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 0.00<br>COMMENT: UNS/SCH@43\*CL=$0 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0527 |

| CLAIM RECORDS | | |
|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| POB 67013 | Court Claim Number:29 | ACCOUNT NO.:  2692 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106-7013 | COMMENT:  CL 29@18025.55 W/D-DOC 20 | |