FILED
2/1/24 10:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 18-70827-JAD |
| Emery B. Gurbal ) | Chapter 13 |
| Brittany R. Gurbal ) | |
|     Debtor(s) ) | Doc # 74 |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Emery B. Gurbal ) | |
| Brittany R. Gurbal ) | |
|     Respondent(s) ) | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on November 14, 2023 (document #64) is hereby WITHDRAWN.  The hearing scheduled for April 2, 2024 is cancelled.

Respectfully submitted,

1/31/2024

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED THIS 1ST DAY OF FEBRUARY 2024

jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                               Case No. 18-70827-JAD

Emery B Gurbal                                                                                            Chapter 13

Brittany R Gurbal

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                              User: auto                              Page 1 of 2
Date Rcvd: Feb 01, 2024                   Form ID: pdf900                   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol       Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emery B Gurbal, 231 Gormont Drive, Frenchville, PA 16836-8927 |
| jdb | + | Brittany R Gurbal, 163 Tulip Lane, West Decatur, PA 16878-9625 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024                              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Brittany R Gurbal thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Emery B Gurbal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Feb 01, 2024 | Form ID: pdf900 | Total Noticed: 2

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 6