**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Emery B Gurbal**
**Brittany R Gurbal**
**fka Brittany R Kyler**
   Debtor(s)

Bankruptcy Case No.: 18−70827−JAD

Chapter: 13
Docket No.: 78 − 77

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 29th of March, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/13/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/21/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/13/24.**

                                               Jeffery A. Deller
                                              United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Emery B Gurbal  
Brittany R Gurbal  
    Debtors

Case No. 18-70827-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 29, 2024 | Form ID: 408 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emery B Gurbal, 231 Gormont Drive, Frenchville, PA 16836-8927 |
| jdb | + | Brittany R Gurbal, 163 Tulip Lane, West Decatur, PA 16878-9625 |
| 14956548 | + | Bureau Of Account Mana, 3607 Rosemont Ave Ste 50, Camp Hill, PA 17011-6943 |
| 14956552 | + | Cbna, 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, CA 93063-6712 |
| 14956558 | + | Holiday Financial Serv, 1800 Daisy Street Ext St, Clearfield, PA 16830-3265 |
| 14956560 | + | Joshua McNamara, Esquire, Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14956577 | + | Wells Fargo Card Services, MAC N8235-040, 7000 Vista Drive, West Des Moines, IA 50266-9310 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 30 2024 00:01:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14956546 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2024 00:17:31 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14981842 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2024 00:18:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956547 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 30 2024 00:01:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14972571 | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 30 2024 00:01:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14956549 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2024 00:17:32 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14956551 | ^ | MEBN | Mar 29 2024 23:55:54 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14971214 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2024 00:17:53 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14956550 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2024 00:18:16 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14978281 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2024 00:18:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14988028 | + | Email/Text: RASEBN@raslg.com | Mar 30 2024 00:00:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

Case 18-70827-JAD   Doc 79   Filed 03/31/24   Entered 04/01/24 00:24:42   Desc Imaged
                             Certificate of Notice   Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 29, 2024 | Form ID: 408 | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14956554 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2024 00:17:54 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14991016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2024 00:18:16 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14956555 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 30 2024 00:01:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14956563 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2024 00:17:29 | Macy's Visa, P.O. Box 183083, Columbus, OH 43218 |
| 14991397 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2024 00:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14985134 | | Email/Text: G06041@att.com | Mar 30 2024 00:01:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14956556 | + | Email/Text: mrdiscen@discover.com | Mar 30 2024 00:00:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14960869 | | Email/Text: mrdiscen@discover.com | Mar 30 2024 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15136143 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 30 2024 00:01:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14956557 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 30 2024 00:17:33 | First Premier Bank, Credit Card Department, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 14956559 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 30 2024 00:00:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14956553 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2024 00:17:28 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14956561 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 30 2024 00:00:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14988222 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2024 00:17:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14956562 | + | Email/Text: Documentfiling@lciinc.com | Mar 30 2024 00:00:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14978316 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2024 00:01:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14956564 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2024 00:01:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14956565 | + | Email/Text: Bankruptcies@nragroup.com | Mar 30 2024 00:01:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14983738 | + | Email/Text: bncnotifications@pheaa.org | Mar 30 2024 00:00:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14986834 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2024 00:17:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958784 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2024 00:18:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14956569 | + | Email/Text: bankruptcynotices@psecu.com | Mar 30 2024 00:01:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14956567 | + | Email/Text: bncnotifications@pheaa.org | Mar 30 2024 00:00:00 | Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14956568 | + | Email/Text: steve@priorityfirstfcu.org | Mar 30 2024 00:00:00 | Priority First Federal Credit Union, 364 Midway Drive, DuBois, PA 15801-3864 |
| 14968541 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 30 2024 00:01:00 | Quicken Loans Inc., 635 Woodard Avenue, Detroit, MI 48226-3408 |

Case 18-70827-JAD    Doc 79    Filed 03/31/24    Entered 04/01/24 00:24:42    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 29, 2024 | Form ID: 408 | Total Noticed: 52 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14956570 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 30 2024 00:01:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14956571 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 30 2024 00:17:53 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14956572 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 30 2024 00:18:16 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14956573 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 30 2024 00:17:30 | Synchrony Bank/Sam's Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14956574 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 30 2024 00:17:33 | Synchrony Bank/Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |
| 14991086 | + | Email/Text: bncmail@w-legal.com | Mar 30 2024 00:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14956575 | + | Email/Text: bncmail@w-legal.com | Mar 30 2024 00:01:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14956576 | + | Email/Text: bnc-thebureaus@quantum3group.com | Mar 30 2024 00:01:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14982517 |   | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 30 2024 00:17:56 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Quicken Loans Inc. |
| cr |  | Quicken Loans, LLC |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14988420 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14956566 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 29, 2024 | Form ID: 408 | Total Noticed: 52 |

Denise Carlon
    on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Kenneth P. Seitz
    on behalf of Joint Debtor Brittany R Gurbal thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Emery B Gurbal thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6