**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EMERY B GURBAL<br>BRITTANY R GURBAL<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:18-70827 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/29/2018 and confirmed on 1/30/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 64,389.43 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,389.43 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,887.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,387.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 12,780.70 | 12,780.70 | 0.00 | 12,780.70 |
|     Acct: 1174 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0527 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2692 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 17,939.08 | 0.00 | 17,939.08 |
|     Acct: 2692 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 27,274.42 | 0.00 | 27,274.42 |
|     Acct: 2692 | | | | |
| | | | | 57,994.20 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EMERY B GURBAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 925.49 | 0.06 | 0.00 | 0.06 |
|     Acct: 1003 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 6,536.67 | 0.46 | 0.00 | 0.46 |
|     Acct: 6240 | | | | |
|   BUREAUS INVESTMENT GROUP PORTFO | 553.30 | 0.04 | 0.00 | 0.04 |
|     Acct: 6310 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 395.83 | 0.03 | 0.00 | 0.03 |
|     Acct: 4973 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1498 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1498 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9582 | | | | |
| | CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5544 | | | | |
| | CHASE BANK USA NA(*) | 3,039.35 | 0.21 | 0.00 | 0.21 |
| | Acct: 4650 | | | | |
| | CHASE BANK USA NA(*) | 5,308.08 | 0.37 | 0.00 | 0.37 |
| | Acct: 9725 | | | | |
| | CHASE BANK USA NA(*) | 4,797.25 | 0.34 | 0.00 | 0.34 |
| | Acct: 7714 | | | | |
| | LVNV FUNDING LLC | 2,793.92 | 0.20 | 0.00 | 0.20 |
| | Acct: 4983 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2223 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6053 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3236 | | | | |
| | DISCOVER BANK(*) | 6,599.50 | 0.46 | 0.00 | 0.46 |
| | Acct: 8919 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5498 | | | | |
| | HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0109 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 579.66 | 0.04 | 0.00 | 0.04 |
| | Acct: 5137 | | | | |
| | CAPITAL ONE NA** | 588.21 | 0.04 | 0.00 | 0.04 |
| | Acct: 5271 | | | | |
| | LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5167 | | | | |
| | MIDLAND FUNDING LLC | 1,241.24 | 0.09 | 0.00 | 0.09 |
| | Acct: 0174 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3437 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9020 | | | | |
| | NATIONAL RECOVERY AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0161 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2613 | | | | |
| | ECMC(*) | 36.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 1599 | | | | |
| | PRIORITY FIRST FCU(*) | 11,599.74 | 0.81 | 0.00 | 0.81 |
| | Acct: 5384 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 8,290.96 | 0.58 | 0.00 | 0.58 |
| | Acct: 2692 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1599 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2797 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 10,339.87 | 0.72 | 0.00 | 0.72 |
| | Acct: 7684 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 2,793.80 | 0.20 | 0.00 | 0.20 |
| | Acct: 6157 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 3,216.98 | 0.23 | 0.00 | 0.23 |
| | Acct: 5658 | | | | |
| | TD BANK USA NA** | 251.42 | 0.02 | 0.00 | 0.02 |
| | Acct: 8280 | | | | |
| | THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |

18-70827 JAD                                                                                    Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9372 | | | | |
| | LVNV FUNDING LLC | 26,588.70 | 1.86 | 0.00 | 1.86 |
| | Acct: 2248 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,871.76 | 0.20 | 0.00 | 0.20 |
| | Acct: 1638 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 3,842.77 | 0.27 | 0.00 | 0.27 |
| | Acct: 2692 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1599 | | | | |
| | CITIBANK NA** | 5,249.82 | 0.37 | 0.00 | 0.37 |
| | Acct: 6013 | | | | |
| | WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0527 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 446.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 0850 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5658 | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 7.60 |

TOTAL PAID TO CREDITORS                                                                   58,001.80

TOTAL CLAIMED
PRIORITY              0.00
SECURED          12,780.70
UNSECURED       108,887.16

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    EMERY B GURBAL
    BRITTANY R GURBAL
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:18-70827 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-70827-JAD

Emery B Gurbal  Chapter 13

Brittany R Gurbal

Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: auto  Page 1 of 4
Date Rcvd: Mar 29, 2024  Form ID: pdf900  Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emery B Gurbal, 231 Gormont Drive, Frenchville, PA 16836-8927 |
| jdb | + | Brittany R Gurbal, 163 Tulip Lane, West Decatur, PA 16878-9625 |
| 14956548 | + | Bureau Of Account Mana, 3607 Rosemont Ave Ste 50, Camp Hill, PA 17011-6943 |
| 14956552 | + | Cbna, 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, CA 93063-6712 |
| 14956558 | + | Holiday Financial Serv, 1800 Daisy Street Ext St, Clearfield, PA 16830-3265 |
| 14956560 | + | Joshua McNamara, Esquire, Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14956577 | + | Wells Fargo Card Services, MAC N8235-040, 7000 Vista Drive, West Des Moines, IA 50266-9310 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 30 2024 00:01:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14956546 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2024 00:17:56 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14981842 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2024 00:17:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956547 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 30 2024 00:01:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14972571 | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 30 2024 00:01:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14956549 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2024 00:17:53 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14956551 | ^ | MEBN | Mar 29 2024 23:55:54 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14971214 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2024 00:17:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14956550 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2024 00:18:12 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14978281 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2024 00:17:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14988028 | + | Email/Text: RASEBN@raslg.com | Mar 30 2024 00:00:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14956554 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2024 00:18:16 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14991016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2024 00:17:30 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14956555 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 30 2024 00:01:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14956563 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2024 00:17:56 | Macy's Visa, P.O. Box 183083, Columbus, OH 43218 |
| 14991397 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2024 00:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14985134 | | Email/Text: G06041@att.com | Mar 30 2024 00:01:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14956556 | + | Email/Text: mrdiscen@discover.com | Mar 30 2024 00:00:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14960869 | | Email/Text: mrdiscen@discover.com | Mar 30 2024 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15136143 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 30 2024 00:01:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14956557 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 30 2024 00:17:32 | First Premier Bank, Credit Card Department, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 14956559 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 30 2024 00:00:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14956553 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2024 00:17:28 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14956561 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 30 2024 00:00:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14988222 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2024 00:17:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14956562 | + | Email/Text: Documentfiling@lciinc.com | Mar 30 2024 00:00:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14978316 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2024 00:01:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14956564 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2024 00:01:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14956565 | + | Email/Text: Bankruptcies@nragroup.com | Mar 30 2024 00:01:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14983738 | + | Email/Text: bncnotifications@pheaa.org | Mar 30 2024 00:00:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14986834 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2024 00:18:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958784 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2024 00:18:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14956569 | + | Email/Text: bankruptcynotices@psecu.com | Mar 30 2024 00:01:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14956567 | + | Email/Text: bncnotifications@pheaa.org | Mar 30 2024 00:00:00 | Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14956568 | + | Email/Text: steve@priorityfirstfcu.org | Mar 30 2024 00:00:00 | Priority First Federal Credit Union, 364 Midway Drive, DuBois, PA 15801-3864 |
| 14968541 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 30 2024 00:01:00 | Quicken Loans Inc., 635 Woodard Avenue, Detroit, MI 48226-3408 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14956570 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 30 2024 00:01:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14956571 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 30 2024 00:17:32 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14956572 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 30 2024 00:18:16 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14956573 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 30 2024 00:18:13 | Synchrony Bank/Sam's Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14956574 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 30 2024 00:17:52 | Synchrony Bank/Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |
| 14991086 | + Email/Text: bncmail@w-legal.com | Mar 30 2024 00:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14956575 | + Email/Text: bncmail@w-legal.com | Mar 30 2024 00:01:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14956576 | + Email/Text: bnc-thebureaus@quantum3group.com | Mar 30 2024 00:01:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14982517 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 30 2024 00:17:53 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans, LLC |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14988420 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14956566 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2024                        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

**Name**              **Email Address**

District/off: 0315-7 User: auto Page 4 of 4
Date Rcvd: Mar 29, 2024 Form ID: pdf900 Total Noticed: 52

Denise Carlon
    on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Kenneth P. Seitz
    on behalf of Joint Debtor Brittany R Gurbal thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Emery B Gurbal thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6