**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| EMERY B GURBAL<br>BRITTANY R GURBAL<br>    Debtor(s) | Case No.:18-70827 JAD |
| Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/29/2018 and confirmed on 01/30/2019 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 64,389.43 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,389.43 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,500.00 | |
|     Trustee Fee | 2,887.60 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,387.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>    Acct: 1174 | 12,780.70 | 12,780.70 | 0.00 | 12,780.70 |
| WELLS FARGO BANK NA<br>    Acct: 0527 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU/PSECU<br>    Acct: 2692 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU/PSECU<br>    Acct: 2692 | 0.00 | 17,276.56 | 0.00 | 17,276.56 |
| PA STATE EMPLOYEES CU/PSECU<br>    Acct: 2692 | 0.00 | 27,274.42 | 0.00 | 27,274.42 |
| | | | | 57,331.68 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| EMERY B GURBAL<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICES OF KENNETH P SEITZ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 925.49 | 5.72 | 0.00 | 5.72 |
|     Acct: 1003 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 6,536.67 | 40.40 | 0.00 | 40.40 |
|     Acct: 6240 | | | | |
|   BUREAUS INVESTMENT GROUP PORTFO | 553.30 | 3.42 | 0.00 | 3.42 |
|     Acct: 6310 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 395.83 | 2.45 | 0.00 | 2.45 |
|     Acct: 4973 | | | | |
|   CAPITAL ONE\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1498 | | | | |
|   CAPITAL ONE\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1498 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9582 | | | | |
|   CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5544 | | | | |
|   CHASE BANK USA NA(\*) | 3,039.35 | 18.78 | 0.00 | 18.78 |
|     Acct: 4650 | | | | |
|   CHASE BANK USA NA(\*) | 5,308.08 | 32.80 | 0.00 | 32.80 |
|     Acct: 9725 | | | | |
|   CHASE BANK USA NA(\*) | 4,797.25 | 29.65 | 0.00 | 29.65 |
|     Acct: 7714 | | | | |
|   LVNV FUNDING LLC | 2,793.92 | 17.27 | 0.00 | 17.27 |
|     Acct: 4983 | | | | |
|   CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2223 | | | | |
|   CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6053 | | | | |
|   CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3236 | | | | |
|   DISCOVER BANK(\*) | 6,599.50 | 40.78 | 0.00 | 40.78 |
|     Acct: 8919 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5498 | | | | |
|   HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0109 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 579.66 | 3.58 | 0.00 | 3.58 |
|     Acct: 5137 | | | | |
|   CAPITAL ONE NA\*\* | 588.21 | 3.64 | 0.00 | 3.64 |
|     Acct: 5271 | | | | |
|   LENDING CLUB CORP\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5167 | | | | |
|   MIDLAND FUNDING LLC | 1,241.24 | 7.67 | 0.00 | 7.67 |
|     Acct: 0174 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3437 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9020 | | | | |
|   NATIONAL RECOVERY AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0161 | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2613 | | | | |
|   ECMC(\*) | 36.10 | 0.22 | 0.00 | 0.22 |
|     Acct: 1599 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| PRIORITY FIRST FCU(*)<br>Acct: 5384 | 11,599.74 | 71.68 | 0.00 | 71.68 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: 2692 | 8,290.96 | 51.24 | 0.00 | 51.24 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: 1599 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 2797 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: 7684 | 10,339.87 | 63.90 | 0.00 | 63.90 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: 6157 | 2,793.80 | 17.27 | 0.00 | 17.27 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: 5658 | 3,216.98 | 19.88 | 0.00 | 19.88 |
| TD BANK USA NA**<br>Acct: 8280 | 251.42 | 1.55 | 0.00 | 1.55 |
| THE BUREAUS INC<br>Acct: 9372 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 2248 | 26,588.70 | 164.31 | 0.00 | 164.31 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: 1638 | 2,871.76 | 17.75 | 0.00 | 17.75 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: 2692 | 3,842.77 | 23.75 | 0.00 | 23.75 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: 1599 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA**<br>Acct: 6013 | 5,249.82 | 32.44 | 0.00 | 32.44 |
| WELLS FARGO BANK NA<br>Acct: 0527 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK<br>Acct: 0850 | 446.74 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 5658 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC** (FRMRLY BRIAN C<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 670.15 |

TOTAL PAID TO CREDITORS                                                                                          58,001.83

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 12,780.70 |
| UNSECURED | 108.887.16 |

Date: 05/08/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com