**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Emery B Gurbal | Social Security number or ITIN   xxx–xx–2692 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Brittany R Gurbal | Social Security number or ITIN   xxx–xx–1599 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–70827–JAD

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Emery B Gurbal                                       Brittany R Gurbal
                                                     fka Brittany R Kyler

5/14/24                                              **By the court:** Jeffery A. Deller
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70827-JAD |
| Emery B Gurbal | Chapter 13 |
| Brittany R Gurbal | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: May 14, 2024 | Form ID: 3180W | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emery B Gurbal, 231 Gormont Drive, Frenchville, PA 16836-8927 |
| jdb | + | Brittany R Gurbal, 163 Tulip Lane, West Decatur, PA 16878-9625 |
| 14956548 | + | Bureau Of Account Mana, 3607 Rosemont Ave Ste 50, Camp Hill, PA 17011-6943 |
| 14978281 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956552 | + | Cbna, 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, CA 93063-6712 |
| 14956558 | + | Holiday Financial Serv, 1800 Daisy Street Ext St, Clearfield, PA 16830-3265 |
| 14956560 | + | Joshua McNamara, Esquire, Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 15 2024 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 15 2024 03:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2024 23:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: Q3GTBI | May 15 2024 03:39:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14956546 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2024 00:00:32 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14981842 | | Email/PDF: bncnotices@becket-lee.com | May 15 2024 00:13:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956547 | + | EDI: TSYS2 | May 15 2024 03:45:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14972571 | | EDI: Q3GTBI | May 15 2024 03:39:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14956549 | | EDI: CAPITALONE.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | May 15 2024 03:39:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14956551 | ^ | MEBN | | |
| | | | May 14 2024 23:50:09 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14971214 | | EDI: CAPITALONE.COM | | |
| | | | May 15 2024 03:39:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14956550 | + | EDI: CAPITALONE.COM | | |
| | | | May 15 2024 03:39:00 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14978281 | ^ | MEBN | | |
| | | | May 14 2024 23:50:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14988028 | + | Email/Text: RASEBN@raslg.com | | |
| | | | May 14 2024 23:52:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14956554 | + | EDI: CITICORP | | |
| | | | May 15 2024 03:39:00 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14991016 | + | EDI: CITICORP | | |
| | | | May 15 2024 03:39:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14956555 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | | May 14 2024 23:53:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14956563 | | EDI: CITICORP | | |
| | | | May 15 2024 03:39:00 | Macy's Visa, P.O. Box 183083, Columbus, OH 43218 |
| 14991397 | | EDI: Q3G.COM | | |
| | | | May 15 2024 03:45:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14985134 | | EDI: DIRECTV.COM | | |
| | | | May 15 2024 03:45:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14956556 | + | EDI: DISCOVER | | |
| | | | May 15 2024 03:39:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14960869 | | EDI: DISCOVER | | |
| | | | May 15 2024 03:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15136143 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | May 14 2024 23:52:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14956557 | + | EDI: AMINFOFP.COM | | |
| | | | May 15 2024 03:45:00 | First Premier Bank, Credit Card Department, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 14956559 | + | EDI: LCIICSYSTEM | | |
| | | | May 15 2024 03:39:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14956553 | | EDI: JPMORGANCHASE | | |
| | | | May 15 2024 03:39:00 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14956561 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | May 14 2024 23:51:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14988222 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 15 2024 00:13:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14956562 | + | EDI: LENDNGCLUB | | |
| | | | May 15 2024 03:39:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14978316 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 14 2024 23:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14956564 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 14 2024 23:53:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14956565 | + | Email/Text: Bankruptcies@nragroup.com | | |
| | | | May 14 2024 23:53:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14983738 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | May 14 2024 23:52:00 | PHEAA, PO BOX 8147, HARRISBURG PA |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14986834 | | EDI: PRA.COM | May 15 2024 03:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958784 | + | EDI: PRA.COM | May 15 2024 03:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14956569 | + | Email/Text: bankruptcynotices@psecu.com | May 14 2024 23:53:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14956567 | + | Email/Text: bncnotifications@pheaa.org | May 14 2024 23:52:00 | Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14956568 | + | Email/Text: steve@priorityfirstfcu.org | May 14 2024 23:51:00 | Priority First Federal Credit Union, 364 Midway Drive, DuBois, PA 15801-3864 |
| 14968541 | + | Email/Text: bankruptcyteam@quickenloans.com | May 14 2024 23:53:00 | Quicken Loans Inc., 635 Woodard Avenue, Detroit, MI 48226-3408 |
| 14956570 | + | Email/Text: bankruptcyteam@quickenloans.com | May 14 2024 23:53:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14956571 | + | EDI: SYNC | May 15 2024 03:39:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14956572 | + | EDI: SYNC | May 15 2024 03:39:00 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14956573 | + | EDI: SYNC | May 15 2024 03:39:00 | Synchrony Bank/Sam's Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14956574 | + | EDI: SYNC | May 15 2024 03:39:00 | Synchrony Bank/Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |
| 14991086 | + | Email/Text: bncmail@w-legal.com | May 14 2024 23:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14956575 | + | EDI: WTRRNBANK.COM | May 15 2024 03:45:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14956576 | + | EDI: Q3GTBI | May 15 2024 03:39:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14982517 | | EDI: WFFC2 | May 15 2024 03:39:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14956577 | + | EDI: WFFC | May 15 2024 03:45:00 | Wells Fargo Card Services, MAC N8235-040, 7000 Vista Drive, West Des Moines, IA 50266-9310 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans, LLC |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14988420 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14956566 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: 3180W | Total Noticed: 54 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Brittany R Gurbal thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Emery B Gurbal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6