IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
EMERY B GURBAL
BRITTANY R GURBAL
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-70827 JAD

Chapter 13

Related to ECF No. 77

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 14th day of May, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jah
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

FILED
5/14/24 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70827-JAD |
| Emery B Gurbal | Chapter 13 |
| Brittany R Gurbal | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: auto    Page 1 of 4
Date Rcvd: May 14, 2024    Form ID: pdf900    Total Noticed: 52

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emery B Gurbal, 231 Gormont Drive, Frenchville, PA 16836-8927 |
| jdb | + | Brittany R Gurbal, 163 Tulip Lane, West Decatur, PA 16878-9625 |
| 14956548 | + | Bureau Of Account Mana, 3607 Rosemont Ave Ste 50, Camp Hill, PA 17011-6943 |
| 14978281 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956552 | + | Cbna, 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, CA 93063-6712 |
| 14956558 | + | Holiday Financial Serv, 1800 Daisy Street Ext St, Clearfield, PA 16830-3265 |
| 14956560 | + | Joshua McNamara, Esquire, Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14956577 | + | Wells Fargo Card Services, MAC N8235-040, 7000 Vista Drive, West Des Moines, IA 50266-9310 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | May 14 2024 23:52:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14956546 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2024 00:13:59 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14981842 | | Email/PDF: bncnotices@becket-lee.com | May 15 2024 00:14:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956547 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 14 2024 23:52:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14972571 | | Email/Text: bnc-thebureaus@quantum3group.com | May 14 2024 23:52:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14956549 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2024 23:58:51 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14956551 | ^ | MEBN | May 14 2024 23:50:09 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14971214 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 00:13:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14956550 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 00:14:10 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14978281 | ^ | MEBN | May 14 2024 23:50:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14988028 | + | Email/Text: RASEBN@raslg.com | May 14 2024 23:52:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite |

Case 18-70827-JAD    Doc 86    Filed 05/16/24    Entered 05/17/24 00:28:38    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 52 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14956554 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 00:00:32 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14991016 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2024 23:58:54 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14956555 | + Email/Text: bdsupport@creditmanagementcompany.com | May 14 2024 23:53:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14956563 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 00:14:06 | Macy's Visa, P.O. Box 183083, Columbus, OH 43218 |
| 14991397 | Email/Text: bnc-quantum@quantum3group.com | May 14 2024 23:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14985134 | Email/Text: G06041@att.com | May 14 2024 23:53:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14956556 | + Email/Text: mrdiscen@discover.com | May 14 2024 23:51:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14960869 | Email/Text: mrdiscen@discover.com | May 14 2024 23:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15136143 | Email/Text: ECMCBKNotices@ecmc.org | May 14 2024 23:52:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14956557 | + Email/PDF: ais.fpc.ebn@aisinfo.com | May 15 2024 00:13:55 | First Premier Bank, Credit Card Department, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 14956559 | + Email/Text: Bankruptcy@ICSystem.com | May 14 2024 23:52:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14956553 | Email/PDF: ais.chase.ebn@aisinfo.com | May 14 2024 23:58:50 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14956561 | + Email/Text: PBNCNotifications@peritusservices.com | May 14 2024 23:51:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14988222 | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 00:24:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14956562 | + Email/Text: Documentfiling@lciinc.com | May 14 2024 23:52:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 14978316 | + Email/Text: bankruptcydpt@mcmcg.com | May 14 2024 23:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14956564 | + Email/Text: bankruptcydpt@mcmcg.com | May 14 2024 23:53:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14956565 | + Email/Text: Bankruptcies@nragroup.com | May 14 2024 23:53:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14983738 | + Email/Text: bncnotifications@pheaa.org | May 14 2024 23:52:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14986834 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2024 23:59:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958784 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 00:14:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14956569 | + Email/Text: bankruptcynotices@psecu.com | May 14 2024 23:53:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14956567 | + Email/Text: bncnotifications@pheaa.org | May 14 2024 23:52:00 | Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14956568 | + Email/Text: steve@priorityfirstfcu.org | May 14 2024 23:51:00 | Priority First Federal Credit Union, 364 Midway Drive, DuBois, PA 15801-3864 |
| 14968541 | + Email/Text: bankruptcyteam@quickenloans.com | May 14 2024 23:53:00 | Quicken Loans Inc., 635 Woodard Avenue, |

Case 18-70827-JAD    Doc 86    Filed 05/16/24    Entered 05/17/24 00:28:38    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Detroit, MI 48226-3408 |
| 14956570 | + | Email/Text: bankruptcyteam@quickenloans.com | May 14 2024 23:53:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14956571 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2024 23:58:42 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14956572 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 00:14:01 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14956573 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 00:13:45 | Synchrony Bank/Sam's Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14956574 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 00:00:26 | Synchrony Bank/Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |
| 14991086 | + | Email/Text: bncmail@w-legal.com | May 14 2024 23:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14956575 | + | Email/Text: bncmail@w-legal.com | May 14 2024 23:52:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14956576 | + | Email/Text: bnc-thebureaus@quantum3group.com | May 14 2024 23:52:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14982517 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 14 2024 23:59:58 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans, LLC |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14988420 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14956566 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:**

District/off: 0315-7 | User: auto | Page 4 of 4
Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 52

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Brittany R Gurbal thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Emery B Gurbal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6